UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           :
G&G CLOSED CIRCUIT EVENTS, LLC,     :
                                    Plaintiff,    :
                                                         :          20 Civ. 5077 (LGS)
                    -against-               :
                                                         :          <u>ORDER</u>
GUARDADO GARCIA ET AL,              :
                                        Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated July 15, 2020 (Dkt. 7), required the parties to file a proposed case management plan and joint letter by August 27, 2020;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 31, 2020, at noon**.

Dated: August 28, 2020
       New York, New York

                                                             **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**