UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
G & G CLOSED CIRCUIT EVENTS, LLC,          :
                     Plaintiffs,      :
:         20 Civ. 5077 (LGS)
        -against-              :
:         ORDER
THERESA D. GUARDADO GARCIA ET AL,   :
                     Defendant.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for September 3, 2020;

WHEREAS, Plaintiff has filed a letter (Dkt. 10) indicating that Defendants have not answered or otherwise responded after service of the Complaint; it is hereby

**ORDERED** that the September 3, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

**ORDERED** that, as soon as practicable and no later than **September 17, 2020**, Plaintiff shall file its motion for default judgment.

Dated: September 1, 2020
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE