UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                       :
G&G CLOSED CIRCUIT EVENTS, LLC,        :
                           Plaintiff,    :
                                                         :           20 Civ. 5077 (LGS)
                           -against-                  :
                                                         :                  ORDER
GUARDADO GARCIA, et al.,                   :
                                  Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an order to show cause for default judgment hearing was held on October 15, 2020;

        WHEREAS, Defendant Restaurante La Libertad Corp appeared and requested an automatic stay of the case due to a pending bankruptcy proceeding;

        WHEREAS, Defendant Theresa D. Guardado Garcia appeared and argued that she had sold the restaurant at issue in this case; it is hereby

        **ORDERED** that, by **October 22, 2020**, the parties shall file a joint letter explaining each parties' positions and proposed next steps for this case.

Dated: October 15, 2020
        New York, New York

                                                       LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**