UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
G & G CLOSED CIRCUIT EVENTS, LLC,     :
                                Plaintiff,   :
                                                   :       20 Civ. 5077 (LGS)
               -against-                  :
                                                 :       ORDER
THERESA D. GUARDADO GARCIA, et al.,  :
                                Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendant Theresa D. Guardado Garcia ("Ms. Guardado") was directed to file an answer by December 4, 2020, if the Complaint was not dismissed as to her. Dkt. No. 32.

       WHEREAS, Ms. Guardado has not filed an answer. It is hereby

       **ORDERED** that Ms. Guardado shall file an answer or otherwise respond to the Complaint by **December 15, 2020**. Ms. Guardado is advised that she may consult the attached flyer if she requires legal assistance.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Guardado at 8501 Fort Hamilton Pkwy, Apt 2G, Brooklyn, NY 11209. *See* Dkt. No. 6. The Clerk of Court is further directed to update ECF with Ms. Guardado's address.

Dated: December 8, 2020
       New York, New York

                                                                **LORNA G. SCHOFIELD**
                                                           **UNITED STATES DISTRICT JUDGE**



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York.  The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

**Thurgood Marshall United States Courthouse**
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

**Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays**

_____

**The Hon. Charles L. Brieant Jr. Federal Building and Courthouse**
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

**Open Wednesday
1 p.m. - 5 p.m.
Closed on federal and court holidays**

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of UJA Federation of New York