UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

G & G CLOSED CIRCUIT EVENTS, LLC,

       Plaintiff,

  -against-

THERESA D. GUARDADO GARCIA, et al.,

       Defendants.

----------------------------------------------------------X

20 Civ. 5077 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, Defendant Theresa D. Guardado Garcia ("Ms. Guardado") was directed to file an answer by December 4, 2020, if the Complaint was not dismissed as to her.  Dkt. No. 32.

   WHEREAS, Ms. Guardado was directed, again, to file an answer or otherwise respond to the Complaint by December 15, 2020.  Dkt. No. 33.

   WHEREAS, Ms. Guardado has not filed an answer or response.  It is hereby

   **ORDERED** that Ms. Guardado shall file an answer or otherwise respond to the Complaint by **January 8, 2021**.  It is further

   **ORDERED** that if Ms. Guardado does not file an answer or otherwise respond by January 8, 2021, Plaintiff shall file an application for default judgment by **January 15, 2021**. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Guardado at 8501 Fort Hamilton Pkwy, Apt 2G, Brooklyn, NY 11209.  *See* Dkt. No. 6.

Dated: December 17, 2020
   New York, New York

           **LORNA G. SCHOFIELD**
           **UNITED STATES DISTRICT JUDGE**