## THE LAW OFFICES OF
# M.L. ZAGER, P.C.

461 Broadway - P.O. Box 948                JACOB R. BILLIG, ESQ. (NY)
Monticello, New York 12701                 ROBERT B. HUNTER, ESQ. (NY)
(845) 794-3660; (845) 794-3919 (fax)       JOSEPH LOUGHLIN, ESQ. (NY)
New York City License #2046281-DCA         MICHAEL D. BAER, ESQ. (NY, NJ)
                                           MICHAEL L. ZAGER, ESQ. (RETIRED)

January 13, 2021

Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 11201

                              Re:  G & G Closed Circuit Events, LLC v. Guardado Garcia et al
                              Index # 1:20-cv-05077-LGS
                              MLZ File# 2292584

Dear Judge Lorna G. Schofield:

Our firm is counsel to the Plaintiff, G&G Closed Circuit Events, LLC regarding the above captioned
action.  Each defendant has been served.

By Order dated December 17, 2020, the Court directed the Ms. Guardado to answer the Complaint by
January 8, 2021 and if Ms. Guardado did not file an answer or otherwise respond by that date the Plaintiff
was to submit its application for default judgment by January 15, 2021.

On January 12, 2021 Ms. Guardado emailed the undersigned and requested a two-week extension to
answer the Complaint.  Ms. Guardado indicated that she was out of the country from December 10, 2020
to January 10, 2021, dealing with family issues. The undersigned consents to Ms. Guardado's application
for an extension of time to answer.

Respectfully submitted.

                              Very truly yours,
                              M.L. ZAGER, P.C.

                              S/ Joseph P. Loughlin

JL:jm
cc:    Theresa D. Guardado Garcia
       8501 Fort Hamilton Pkwy
       Apt. 2G,
       Brooklyn NY 11209

       Oscar Edgar Sanchez
       Sanchez and Associates
       40-20 58th Street
       Woodside, NY 11377

The application is GRANTED.  The deadline for Defendant Theresa D.
Guardado Garcia to answer or otherwise respond to the Complaint is
hereby extended, nunc pro tunc, to **January 22, 2021**.  If Defendant
Guardado does not answer or otherwise respond by January 22, 2021,
Plaintiff shall file its application for default judgment by **January 29, 2021**.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro
se Defendant Guardado.

SO ORDERED.        Dated: January 14, 2021        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE