UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,
                          Plaintiff,

                20 Civ. 5077 (LGS)

          -against-

                ORDER

THERESA D. GUARDADO GARCIA,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff filed a complaint against Theresa D. Guardado Garcia and Restaurante La Libertad Corp (the "Corporate Defendant") (collectively "Defendants") alleging that Defendants engaged in the unlawful interception, receipt and publication of Plaintiff's television program at the Corporate Defendant's premises on September 15, 2018. *See* Dkt. No. 1.

       WHEREAS, Ms. Guardado filed an answer stating that she sold Corporate Defendant on December 1, 2017. It is hereby

       **ORDERED** that Plaintiff and Ms. Guardado will engage in, and complete by **March 3, 2021**, informal discovery solely on the issue of whether Ms. Guardado sold Corporate Defendant before the events described in Plaintiff's complaint. All other deadlines and proceedings are stayed sine die as to Ms. Guardado. It is further

       **ORDERED** that, by **March 8, 2021**, Plaintiff shall file a letter stating how it would like to proceed in this case as to Ms. Guardado.

Dated: February 8, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE