```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
G&G CLOSED CIRCUIT EVENTS, LLC,                             :
                                        Plaintiff,          :
                                                            :      20 Civ. 5077 (LGS)
                    -against-                               :
                                                            :            ORDER
THERESA D. GUARDADO GARCIA, et al.,                         :
                                        Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff was directed to file recurring status letters regarding Defendant Restaurante La Libertad Corp's ongoing bankruptcy proceeding. Dkt. No. 32.

WHEREAS, a status letter was due on February 5, 2021, and was not timely filed. Dkt. No. 37. It is hereby

**ORDERED** that Plaintiff shall file a status letter by **February 16, 2021**. Plaintiff shall file a subsequent status letter by **April 2, 2021**.

Dated: February 10, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE