UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
  :
G&G CLOSED CIRCUIT EVENTS, LLC, :
                          Plaintiff, :
  : 20 Civ. 5077 (LGS)
         -against- :
  : ORDER
  :
THERESA D. GUARDADO GARCIA, et al., :
                        Defendants. :
-------------------------------------------------------------- X

WHEREAS, on April 8, 2021, a telephonic conference was held to discuss next steps in this case. *See* Dkt. No. 62.

WHEREAS, the parties agreed to confer immediately after the conference regarding pro se Defendant Guardado's alleged sale of the premises where the contested incident occurred and agreed to exchange contact information including emails. It is hereby

**ORDERED** that, by **April 15, 2021**, Defendant Guardado shall produce documents to Plaintiff's counsel substantiating her claim that she sold the restaurant prior to the date of the alleged incident, and by **April 16, 2021**, Plaintiff shall file a letter stating the parties' respective positions and proposed next steps.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Guardado. Plaintiff is directed to e-mail Defendant Guardado a copy of this Order.

Dated: April 8, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**