UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,
                      Plaintiff,

        -against-

THERESA D. GUARDADO GARCIA, et al.,
                      Defendants.
------------------------------------------------------------X

20 Civ. 5077 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 1, 2021, Plaintiff was directed to file periodic status letters every 45 days concerning the bankruptcy proceeding for Defendant Restaurante La Libertad Corp. Dkt. No. 60.

WHEREAS, on April 15, 2021, Plaintiff filed a status letter in compliance with the Order at Dkt. No. 60.

WHEREAS, the next status letter was due on June 1, 2021. Plaintiff did not file that status letter. It is hereby

**ORDERED** that, by **June 11, 2021**, Plaintiff shall file a status letter in compliance with the Order at Dkt. No. 60. Plaintiff shall file the subsequent status letter by **July 26, 2021**.

Dated: June 8, 2021
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE